# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Laura Sorensen,

        Plaintiff,

Case No. 20-cv-1131 PJS/ECW

v.

**ORDER**

M. Starr
*Warden,*

        Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Elizabeth Cowan Wright dated August 10,

2020, all the files and records, and no objections having been filed to said

Report and Recommendation, **IT IS HEREBY ORDERED** that

1.     The petition for a writ of habeas corpus of petitioner Laura Sorensen (Dkt.

1) be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

2.     Sorensen's application to proceed *in forma pauperis* (Dkt. 2) be **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 9/8/20

PATRICK J. SCHILTZ
United States District Judge